AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*  DISTRICT OF   NEVADA

WALTER HERNANDEZ,

    Plaintiff,  JUDGMENT IN A CIVIL CASE

V.

    CASE NUMBER: **3:06-cv-00285-BES-VPC**

WASHOE COUNTY; and OFFICER MEISTER,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Washoe County's #32 Motion for Summary Judgment is GRANTED.


  January 20, 2009                                  **LANCE S. WILSON**
                                                              Clerk

                                                              /s/ Kalani Lizares
                                                                Deputy Clerk